IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

WILLIE WHITE

VS.                                                                    CIVIL ACTION NO. 1:13cv520-KS-MTP

GLORIA PERRY, ET AL

### ORDER ADOPTING REPORT AND RECOMMENDATION

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge entered herein on January 27, 2014, after referral of hearing by this Court, no objections having been filed as to the Report and Recommendation, and the Court, having fully reviewed the same as well as the record in this matter, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation be, and the same hereby is, adopted as the finding of this Court, and the Defendant's Motion to Dismiss [16] is hereby denied without prejudice.

SO ORDERED, this the 31st day of March, 2014.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE